W/E Form
Rev. 4/10/01

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

AR BACON ARCHITECTURE, PC,
              Plaintiff,
   v.                                      Civil No. #:01-MC-137(PCD)
STEVEN I. LAUNER d/b/a
CONTOUR DESIGN GROUP

### APPLICATION FOR WAGE EXECUTION

Pursuant to Rule 69 of the Federal Rules of Civil Procedures and Section 52-361a of the Connecticut General Statutes, __A R Bacon Architecture PC__, hereby applies for the issuance of a wage execution and in support thereof makes the following representations:

1. On __March 9, 2001__ judgment entered in this action against __Steven I. Launer d/b/a Contour Design Group__ for $ __99,339.19__ plus costs of $ __---__ and interest at the rate of __9%__ pursuant to 28 U.S.C.§ 1961.

2. (Name of judgment debtor) __Steven I. Launer d/b/a Contour Design Group__ has made __0.00__ payments and (insert name of party making application) __A R Bacon Architecture PC__ has received (enter amount) $ __0.00__ pursuant to the Court's judgment.

3. As of __March 9, 2005__, the total amount of the unpaid judgment, including interest and costs is $ __135,182.00__. Interest continues to accrue on the principal amount of the judgment at the rate of __9%__ per annum.

1

4. The last known employer of the judgment debtor, (insert name) _____

__Steven I. Launer__ is (indicate name and address of employer):

Ceci Bros. Inc.
740 North St.
Greenwich, Ct.

Dated this __2nd__ day of __May__, 20__05__.

Respectfully submitted,

_[signature]_

This application of the issuance of a wage execution in the amount of the unpaid judgment including costs and interest is hereby GRANTED/DENIED.

_____
United States District Judge

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing application for wage execution was sent to the defendant, _____, dated this _____ day of _____, 20___.

_____

2

W/E Form
Rev. 08/03/89

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AR BACON ARCHITECTURE, PC,
            Plaintiff,
   v.
STEVEN I. LAUNER d/b/a
CONTOUR DESIGN GROUP

Docket No.
01-MC-137(PCD)

WAGE EXECUTION

To the Marshal of the District of Connecticut or to any person authorized to serve process under the Federal Rules of Civil Procedure -- Greetings:

WHEREAS the (insert name and address of party making application) __A R Bacon Architecture PC__

on the __9th__ day of __March__ ## __2001__, recovered judgment against the Judgment Debtor (insert name) __Steven I. Launer d/b/a ContourDesign Group__ whose last known address is __3935 Park Ave., Fairfield, Ct 06825__ before the United States District Court, Southern District of New York for the sum of $__99,319.19__ plus costs of $__-----__ and interest as appears of record;

AND WHEREAS, the said Judgment Debtor (insert name) __Steven I. Launer__ failed to comply with said judgment, as appears of

W/E Form
Rev. 08/03/89

record by the application of (insert name) AR BACON ARCHITECTURE, PC

_____ moving that this execution issue;

AND WHEREAS, execution remains to be done on the total unpaid judgment, including costs and interest, in the amount of $135,182.00 as of March 9, 2005

These are, therefore, by the authority of the United States of America, to command you, that of any amount of debt accruing by reason of personal services due said (insert name of party making application) AR BACON ARCHITECTURE, PC as may not exceed the amount of execution as calculated in the attached "Wage Execution Notice to Employer", within your precinct or jurisdiction, you cause to be levied, paid, and satisfied unto the said (insert name of party making application) AR BACON ARCHITECTURE, PC, with interest from the said date of judgment on the total unpaid judgment to the date when this execution is satisfied, and your own fees.

You are further commanded to serve with this execution two copies of the "Wage Execution Notice to Employer" and "Wage Execution Exemption and Modification Claim Form", that are accompanied herewith.

(Insert name of Judgment Debtor) STEVEN I. LAUNER

last known employer is: (insert name and address)

   Ceci Bros. Inc.
   740 North St.
   Greenwich, Ct.

W/E Form
Rev. 08/03/89

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

AR BACON ARCHITECTURE, PC
           Plaintiff,

v.

STEVEN I. LAUNER d/b/a
CONTOUR DESIGN GROUP

Docket No. 01-MC-137(PCD)

## WAGE EXECUTION NOTICE TO EMPLOYER

You are being served with a wage execution, a court order requiring you to withhold non-exempt wages from a person employed by you. This execution is being served upon you because your employee has had a judgment entered against him/her by the United States District Court for the District of Connecticut requiring him/her to pay damages to (insert name of party making application) AR BACON ARCHITECTURE, PC _____ and the employee has not made payment of the total amount of the judgment plus any court costs. This notice is to inform you of the actions you must take in order to comply with the law regarding wage executions. Please read each section carefully.

1. **YOU MUST NOTIFY THE EMPLOYEE** - Your employee has certain legal rights which may allow him/her to request the court to change or stop this execution upon his/her wages. A notice of these rights and how to get a hearing in court is provided in the attached "Exemption and Modification Claim Form". <u>You must complete Sections I and II below and Section III of the attached "Exemption and Modification Claim</u>

W/E Form
Rev. 08/03/89

Form" and DELIVER OR MAIL, POSTAGE PREPAID, A COPY OF THESE PAPERS TO YOUR EMPLOYEE IMMEDIATELY so that your employee can make any claims within the 20 day time period allowed by law. This 20 day time period begins on the day the officer serves these papers on you.

2. EXECUTION NOT EFFECTIVE FOR 20 DAYS - This execution is not effective until after 20 days from the day the officer served these papers on you. This time is allowed to permit your employee to exercise his/her legal rights. No money should be deducted from your employee's wages until the first wages you pay to your employee after the 20 day period ends.

3. FURTHER STAY OF EXECUTION - If your employee elects to make a claim to the court that his/her wages are partially or totally exempt from execution to pay this judgment or he/she seeks to have the count of this execution changed. wages are not to be withheld from the employee until the court decides the claims or determines the rights of your employee in this case.

If you are notified that your employee is exercising his/her rights, do not begin withholding his/her wages until you are notified that the court has decided the issues raised and will permit execution against your employee's wages.

If you are not notified that your employee gas filed papers with the court, the execution is to be enforced after 20 days from the date of service on you.

W/E Form
Rev. 08/03/89

Form" and DELIVER OR MAIL, POSTAGE PREPAID, A COPY OF THESE PAPERS TO YOUR EMPLOYEE IMMEDIATELY so that your employee can make any claims within the 20 day time period allowed by law. This 20 day time period begins on the day the officer serves these papers on you.

2. EXECUTION NOT EFFECTIVE FOR 20 DAYS - This execution is not effective until after 20 days from the day the officer served these papers on you. This time is allowed to permit your employee to exercise his/her legal rights. No money should be deducted from your employee's wages until the first wages you pay to your employee after the 20 day period ends.

3. FURTHER STAY OF EXECUTION - If your employee elects to make a claim to the court that his/her wages are partially or totally exempt from execution to pay this judgment or he/she seeks to have the count of this execution changed. wages are not to be withheld from the employee until the court decides the claims or determines the rights of your employee in this case.

If you are notified that your employee is exercising his/her rights, do not begin withholding his/her wages until you are notified that the court has decided the issues raised and will permit execution against your employee's wages.

If you are not notified that your employee gas filed papers with the court, the execution is to be enforced after 20 days from the date of service on you.

W/E Form
Rev. 08/03/89

application) __A.R. BACON ARCHITECTURE P.C.__ for the amounts of wages which you did not withhold from your employee.

7.  DISCIPLINE AGAINST YOUR EMPLOYEE - You may not discipline, suspend or discharge your employee because this wage execution has been served upon you. If you do unlawfully take action against your employee, you may be liable to pay him/her all of his/her lost earnings and employment benefits from the time of your action to the time that the employee is reinstated.

The law allows you to take disciplinary measures against the employee is you are served with more than 7 wage executions against his/her wages in any calendar year.

SECTION I. COMPUTATION OF EMPLOYEE'S DISPOSABLE EARNINGS

"DISPOSABLE EARNINGS" means that part of the earnings of an individual remaining after the deduction from those earnings of amounts to be withheld for payment of federal income and employment taxes, normal retirement contributions, union dues and initiation fees, group life insurance premiums, health insurance premiums, federal tax levies, and state income tax deductions authorized pursuant to section 12-34b (income tax deduction for out-of-state residents employed in Connecticut).

1. Employee's gross compensation per week  _____
2. Federal Income tax withheld              _____
3. Federal Employment Tax                   _____
4. Normal retirement contribution           _____
5. Union Dues and initiation fees           _____
6. Group life insurance premium             _____
7. Health insurance premium                 _____

W/E Form
Rev. 08/03/89

8.   Other federal tax levies            _____

9.   State income tax withheld           _____

10.  Total allowable deductions
     (Add lines 2-9)                     _____

11.  **WEEKLY DISPOSABLE EARNINGS** (Subtract
     line 10 from line 1)                                    _____

W/E Form
Rev. 08/03/89

## SECTION II   COMPUTATION OF AMOUNT OF EXECUTION

(To be calculated by employer)

|     |                                                              | Col.1  | Col.2  |
|-----|--------------------------------------------------------------|--------|--------|
| A-1 | Weekly disposable earnings (from line 11 above)              | $      | XXXXX  |
| A-2 | 25% of disposable earnings for week                          | XXXXX  | $      |
| B-1 | Weekly disposable earnings (from line 11 above)              | $      | XXXXX  |
| B-2 | 40 times the current federal minimum hourly wage             | $      | XXXXX  |
|     | Amount by which line B-1 exceeds line B-2                    | XXXXX  | $      |
| AMOUNT OF EXECUTION (lesser of the two amount in col.2 |    | XXXXX  | $      |

Note:

If the computation indicates that an amount should be withheld in satisfaction of the execution, and your employee does not file the Modification and Claim Form, you must begin to deduct the amount of the execution 20 days after the date of service upon you.

Checks should be made payable to:
and mailed to:

It is important that the employee's name appears on the check.

If the amount of the execution is computed to be zero, you must direct a letter to the United States District Court specified on the front of the Modification and Claim Form and explain that your computations indicate that no amount can be deducted in satisfaction of the execution (Sections I & II). Copies of your letter and computations must also be sent to (insert name of party making application) A R Bacon Architecture PC    at the above address.