3513

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF CONNECTICUT | Index No. 3:01MC137(PCD) |

FILED

2006 JAN -9 P 2: 33

A.R. Bacon Architecture, PC

                                  Plaintiff(s)
                against

Steven I. Launer, d/b/a Contour
Design Group

                                  Defendant(s)

**SATISFACTION OF JUDGMENT**

    WHEREAS, *a judgment was entered in the above entitled action on* 03/09/01
*in the       Court of the State of New York, County of*
*in judgment book    page No.    in favor of* A.R. Bacon Architecture, PC

*and against* Steven I. Launer, d/b/a Contour Design Group

*for the sum of $* 99339.19   *which judgment was docketed on*
*in the office of the Clerk of the County of       in judgment book    page No.*

*and said judgment has been fully    paid and the sum of $* none    *remains unpaid.*
    AND *it is certified that there are no outstanding executions with any Sheriff or Marshal within the State of New York,*
    THEREFORE, *full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction on the docket of said judgment.*

    Dated: Jan 4, 2006

*The name signed must be printed beneath*
PETER B. ACKERMAN

STATE OF NEW YORK, COUNTY OF    ss.:

    On the  4th    day of  January    2006, *before me personally came*

           Peter B. Ackerman

*to me known and known to me to be the plaintiff's counsel in the above entitled action, and to be the same person    described in and who executed the within satisfaction of judgment and acknowledged to me that   he  executed the same.*

GERARD R. BENDIX
Notary Public, New York State
No. 01-BE6044937
Qualified in Putnam County
My Comm. Exp. July 17 20 06